IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF                    :
JUAN CARLOS BALCELLS GALLARETTA     CASE NO. 11-06637(SEK)
                                    :
           DEBTOR                   :  CHAPTER 7
---------------------------------

ORDER AND NOTICE

I hereby ORDER the Debtor to file a response to the "Urgent Motion Requesting Order to the Debtor" filed in this case today, and entered with docket number 6, **within twenty four hours**. I note that the motion was notified to Debtor's Counsel and the Trustee via our electronic filing system so that both are aware of its contents.

I also notify the Debtor, his Counsel and the Trustee that I shall hear the contested matter on an emergency basis during a hearing to be held on **August 12, 2011 at 11:30 a.m.** in courtroom Number 1 located in the U.S. Bankruptcy Court for the District of Puerto Rico, 300 Recinto Sur Street, Old San Juan, P.R. **Should Debtor and his Counsel fail to appear at this hearing, I shall dismiss the case without further ado, with a prohibition for refiling for bankruptcy protection in any court with personal and subject matter jurisdiction for the next twelve months.**

SO ORDERED, on in San Juan, Puerto Rico on August 8, 2011 at 4:15 p.m.

SARA DE JESUS
U.S. Bankruptcy Judge

FILED & ENTERED
09 AUG 2011
CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO