IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF :
JUAN CARLOS BALCELLS GALLARETTA  CASE NO. 11-06637(SEK)
:
DEBTOR : CHAPTER 7
----------------------------

## ORDER

I hereby ORDER the Clerk to notify of copy of this Order to the Honorble Andel M. Candeles Rodríguez, Judge rpesiding over case No. D D 12006-4055 filed before "Estado Libre Asociado de Puerto Rico,Tribunal de Primera Instancia, Región Judicial de Bayamón" at FAX Number (787) 620- 9753, attn. Judge Candelas Rodríguez.

**"Order**

Debtor to file a response to the 'Urgent Motion Requesting Order to the Debtor' filed in this case today, and entered with docket number 6, **within twenty four hours**. I note that the motion was notified to Debtor's Counsel and the Trustee via our electronic filing system so that both are aware of its contents.
  I also notify the Debtor, his Counsel and the Trustee that I shall hear the contested matter on an emergency basis during a hearing to be held on **August 12, 2011 at 11:30 a.m.** in courtroom Number 1 located in the U.S. Bankruptcy Court for the District of Puerto Rico, 300 Recinto Sur Street, Old San Juan, P.R. **Should Debtor and his Counsel fail to appear at this hearing, I shall dismiss the case without further ado, with a prohibition for refiling for bankruptcy protection in any court with personal and subject matter jurisdiction for the next twelve months.**
  SO ORDERED, on in San Juan, Puerto Rico on August 8, 2011 at 4:15 p.m.
                              SARA DE JESUS
                              U.S. Bankruptcy Judge"

**SO ORDERED**, in San Juan, P.R. on August 9, 2011.

                              SARA DE JESUS
                              U.S. Bankruptcy Judge

FILED & ENTERED
09 AUG 2011
CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

Date/Time: Aug. 9. 2011 4:42PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0967 | Memory TX | 97876209753 | P. 1 | OK | |

Reason for error
  E. 1) Hang up or line fail            E. 2) Busy
  E. 3) No answer                        E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF
JUAN CARLOS BALCELLS GALLARETTA      CASE NO. 11-06637(SEK)

         DEBTOR                       CHAPTER 7

ORDER

I hereby ORDER the Clerk to notify of copy of this Order to the Honorble Andel M. Candeles Rodríguez, Judge rpesiding over case No. D D 12006-4055 filed before "Estado Libre Asociado de Puerto Rico,Tribunal de Primera Instancia, Región Judicial de Bayamón" at FAX Number (787) 620- 9753, attn. Judge Candelas Rodríguez.

"Order

Debtor to file a response to the 'Urgent Motion Requesting Order to the Debtor' filed in this case today, and entered with docket number 6, within twenty four hours. I note that the motion was notified to Debtor's Counsel and the Trustee via our electronic filing system so that both are aware of its contents.
I also notify the Debtor, his Counsel and the Trustee that I shall hear the contested matter on an emergency basis during a hearing to be held on August 12, 2011 at 11:30 a.m. in courtroom Number 1 located in the U.S. Bankruptcy Court for the District of Puerto Rico, 300 Recinto Sur Street, Old San Juan, P.R. Should Debtor and his Counsel fail to appear at this hearing, I shall dismiss the case without further ado, with a prohibition for refiling for bankruptcy protection in any court with personal and subject matter jurisdiction for the next twelve months.
SO ORDERED, on in San Juan, Puerto Rico on August 8, 2011 at 4:15 p.m.
SARA DE JESUS
U.S. Bankruptcy Judge"

SO ORDERED, in San Juan, P.R. on August 9, 2011.

SARA DE JESUS
U.S. Bankruptcy Judge

FILED & ENTERED
9 AUG 2011
CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

FAX TRANSMITTAL  # of pages ▶ 1
To Hon. Andel Candeles     From U.S. Bankruptcy Court
Dept./Agency Tribunal de Primera Instancia    Phone # 787-972-6102
Fax # 787-620-9753           Fax # 787-977-6010