UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

JUAN C. BALCELLS GALLARETA

Debtor

Case No. 11-06637(MCF)

CHAPTER 7



## SWORN STATEMENT OF
## JUAN FRANCISCO BALCELLS GONZALEZ

I, Juan Francisco Balcells González, of legal age, single, a student and resident of Guaynabo, Puerto Rico, hereby declare under penalty of perjury:

1. My personal circumstances are as above stated.

2. I am 22 years of age.

3. I am the son of Mrs. Amarilys González García and Juan Carlos Balcells Galagarreta.

4. My father, the Debtor, Juan Carlos Balcells Galagarreta filed the bankruptcy petition genesis of this case on August 5, 2011. At such time I was 14 years old.

5. On February 12, 2012, my mother, Amarilys González García, filed a Domestic Support Obligation ("DSO") proof of claim.

6. I ratify any actions and authorize my mother, Amarilys González García, to act in my place and stead, in relation to the DSO claim filed in the above captioned case.

7. I am currently a student at the University of Puerto Rico, Mayaguez.

8. The address of my permanent residence is Urb. Villas Reales, Calle Versalles # 381, Guaynabo, Puerto Rico.

1

Scanned by CamScanner

9. I declare under oath that the foregoing is true and correct to the best of my knowledge.

In **Mayagüez**, Puerto Rico, on this **30** day of April, 2019

JUAN FRANCISCO BALCELLS GONZÁLEZ

Affidavit No. **2042**

Sworn and subscribed before me by Juan Francisco Balcells González, of legal age, single, a student and resident of Guaynabo, Puerto Rico, whom I personally know, in **Mayagüez**, Puerto Rico, this **30** day of April of 2019.

NOTARY PUBLIC



Scanned by CamScanner