UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>JUAN C. BALCELLS GALLARETA<br><br>Debtor | Case No. 11-06637(MCF)<br><br>CHAPTER 7 |

## SWORN STATEMENT OF
## ALEXANDRA BALCELLS GONZALEZ

I, Alexandra Balcells González, of legal age, single, a student and resident of Guaynabo, Puerto Rico, hereby declare under penalty of perjury:

1. My personal circumstances are as above stated.

2. I am 24 years of age.

3. I am the daughter of Mrs. Amarilys González García and Juan Carlos Balcells Galagarreta.

4. My father, the Debtor, Juan Carlos Balcells Galagarreta filed the bankruptcy petition genesis of this case on August 5, 2011. At such time I was 17 years old.

5. On February 12, 2012, my mother, Amarilys González García, filed a Domestic Support Obligation ("DSO") proof of claim.

6. I ratify any actions and authorize my mother, Amarilys González García, to act in my place and stead, in relation to the DSO claim filed in the above captioned case.

7. I am currently a student at the University of Puerto Rico, Rio Piedras.

8. The address of my permanent residence is Urb. Villas Reales, Calle Versalles # 381, Guaynabo, Puerto Rico.

1

9. I declare under oath that the foregoing is true and correct to the best of my knowledge.

In _San Juan_, Puerto Rico, on this _29_ day of April, 2019

_____
ALEXANDRA BALCELLS GONZÁLEZ

Affidavit No. _3451_

Sworn and subscribed before me by Alexandra Balcells González, of legal age, single, as student and resident of Guaynabo, Puerto Rico, whom I personally know, in _San Juan_, Puerto Rico, this _29_ day of April of 2019.

_____
NOTARY PUBLIC

2