Case:14-00137-MCF Doc#:179-1 Filed:05/03/19 Entered:05/03/19 14:49:25 Desc:
Exhibit Response in Opposition to Claim 5-1 Page 5 of 8

Case:11-06637-MCF Claim#:5-1 Filed:05/03/19 Entered:05/03/19 14:23:00 Desc:
Exhibit Sworn Statement Juan Francisco Balcells Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



IN RE

JUAN C. BALCELLS GALLARETA

Debtor

Case No. 11-06637(MCF)

CHAPTER 7

## SWORN STATEMENT OF
## JUAN FRANCISCO BALCELLS GONZALEZ

I, Juan Francisco Balcells González, of legal age, single, a student and resident of Guaynabo, Puerto Rico, hereby declare under penalty of perjury:

1. My personal circumstances are as above stated.

2. I am 22 years of age.

3. I am the son of Mrs. Amarilys González García and Juan Carlos Balcells Galagarreta.

4. My father, the Debtor, Juan Carlos Balcells Galagarreta filed the bankruptcy petition genesis of this case on August 5, 2011. At such time I was 14 years old.

5. On February 12, 2012, my mother, Amarilys González García, filed a Domestic Support Obligation ("DSO") proof of claim.

6. I ratify any actions and authorize my mother, Amarilys González García, to act in my place and stead, in relation to the DSO claim filed in the above captioned case.

7. I am currently a student at the University of Puerto Rico, Mayaguez.

8. The address of my permanent residence is Urb. Villas Reales, Calle Versalles # 381, Guaynabo, Puerto Rico.

1

9. I declare under oath that the foregoing is true and correct to the best of my knowledge.

In **Mayagüez**, Puerto Rico, on this **30** day of April, 2019

_____
JUAN FRANCISCO BALCELLS GONZÁLEZ

Affidavit No. **2042**

Sworn and subscribed before me by Juan Francisco Balcells González, of legal age, single, a student and resident of Guaynabo, Puerto Rico, whom I personally know, in **Mayagüez**, Puerto Rico, this **30** day of April of 2019.

_____
NOTARY PUBLIC

2

Scanned by CamScanner

Case:14-00137-MCF Doc#:179-1 Filed:05/03/19 Entered:05/03/19 14:49:25 Desc:
Exhibit Response in Opposition to Claim 5-1 Page 7 of 8
Case:11-06637-MCF7 Claim#:5-2 Filed:05/13/19 Entered:05/13/19 14:23:00 Desc:
Exhibit Sworn Statement of Alexandra Balcells Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>JUAN C. BALCELLS GALLARETA<br><br>Debtor | Case No. 11-06637(MCF)<br><br>CHAPTER 7 |

SWORN STATEMENT OF
ALEXANDRA BALCELLS GONZALEZ

I, Alexandra Balcells González, of legal age, single, a student and resident of Guaynabo, Puerto Rico, hereby declare under penalty of perjury:

1. My personal circumstances are as above stated.

2. I am 24 years of age.

3. I am the daughter of Mrs. Amarilys González García and Juan Carlos Balcells Galagarreta.

4. My father, the Debtor, Juan Carlos Balcells Galagarreta filed the bankruptcy petition genesis of this case on August 5, 2011. At such time I was 17 years old.

5. On February 12, 2012, my mother, Amarilys González García, filed a Domestic Support Obligation ("DSO") proof of claim.

6. I ratify any actions and authorize my mother, Amarilys González García, to act in my place and stead, in relation to the DSO claim filed in the above captioned case.

7. I am currently a student at the University of Puerto Rico, Rio Piedras.

8. The address of my permanent residence is Urb. Villas Reales, Calle Versalles # 381, Guaynabo, Puerto Rico.

1

Case:14-00137-MCF Doc#:179-1 Filed:05/03/19 Entered:05/03/19 14:49:25 Desc:
Exhibit Response in Opposition to Claim 5-1 Page 8 of 8
Case:11-06637-MCF Doc#:164-2 Filed:05/03/19 Entered:05/03/19 14:23:00 Desc:
Exhibit Sworn Statement of Alexandra Balcells Page 2 of 2

9. I declare under oath that the foregoing is true and correct to the best of my knowledge.

In _San Juan_, Puerto Rico, on this _29_ day of April, 2019

_____
ALEXANDRA BALCELLS GONZÁLEZ

Affidavit No. _3451_

Sworn and subscribed before me by Alexandra Balcells González, of legal age, single, as student and resident of Guaynabo, Puerto Rico, whom I personally know, in _San Juan_, Puerto Rico, this _29_ day of April of 2019.

_____
NOTARY PUBLIC