IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JUAN CARLOS BALCELLS GALLARETA<br><br>xx-xx-1825<br><br>Debtor(s) | CASE NO. 11-06637-MCF7<br>Chapter 7<br><br><br><br>FILED & ENTERED ON MAR/03/2022 |

ORDER

The Trustee's objection to claim number 5-2 (Docket No. 231) is held in abeyance until the resolution of the appeal regarding a related matter in Adversary Proceeding No. 14-00137. The hearing scheduled for March 9, 2022, is vacated and set aside.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3 day of March, 2022.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge