FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 11-06637-MCF | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | BALCELLS GALLARETA, JUAN CARLOS | Date Filed (f) or Converted (c): | 08/03/2011 (f) |
| For the Period Ending: | 03/31/2023 | §341(a) Meeting Date: | 09/06/2011 |
| | | Claims Bar Date: | 07/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  HOUSEHOLD GOODS | $800.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** COMPUTER, Smartphone, light tools | | | | | |
| debtor amended schedule B to updated household value and description(original amount listed $400.00) docket 99 filed 8/25/14 | | | | | |
| 2  HOUSEHOLD GOODS | $5,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** UNDIVIDED MARITAL ASSETS- YET TO BE DETERMINED EX HAS HOGAR SEGURO THEREFORE HE HAS NO ACESS TO THE ASSETS | | | | | |
| living room set, dinning room set, 2 TV, 3 split units A/C, kitchen appliances, refrigerator, microwave, flatware & china, washer and dryer, 3 bedrooms set, linens. | | | | | |
| debtor amended schedule B to updated household value and description(original amount listed $0.00) docket 99 filed 8/25/14 | | | | | |
| 3  WEARING APPAREL | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** CLOTHES | | | | | |
| 4  FURS AND JEWELRY | $50.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** WATCH | | | | | |
| 5  BOATS AND ACCESSORIES | $16,000.00 | $4,025.00 | | $4,025.00 | FA |
| **Asset Notes:** MAKO 1987 OUTBOARD 26' CTRCN MODEL 261 | | | | | |
| Trustee Objection to Debtor Claimed exmption was granted docket 85 filed 5/5/14 | | | | | |
| Debtor sold this Boat. | | | | | |
| Debtor's Attorney amended Schedule B & C to increase the VALUE OF ASSET AND  amount claimed exempt ( NOW 16,000.00) | | | | | |
| 6  RESIDENCE- (u) | $420,000.00 | $338,122.35 | OA | $0.00 | FA |
| **Asset Notes:** 381 VILLA VERSALLES ST, VILLA REALES DEV. , GUAYNABO, PR 00965 | | | | | |
| Debtor amended schedule A and C to updated lien over the property and to claimed exemption over property (original amount of lien $63,780.27, amount claimed exempt $0.00) docket 99 | | | | | |
| filed 8/25/14 Debtor purchased this property with ex-wife, as per title search. he owns  50% of the realty. | | | | | |
| Adversary case 14-00137. 31 (Approval of sale of property of estate and of a co-owner - 363(h)): Complaint by NOREEN WISCOVITCH RENTAS against AMARILIS GONZALEZ | | | | | |
| GARCIA.  Adversary still pending.  - Noreen Wiscovitch 04/11/2016. | | | | | |
| Value per appraisal $246,000.00. | | | | | |
| Trustee has appeal decision of the Bankruptcy Court regarding denial to sell this asset. NWR 4-22-2022 | | | | | |
| 7  FINANCIAL ACCOUNTS (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** BPPR Checking acct # 347-058xxx | | | | | |
| 8  HOUSEHOLD GOODS (u) | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** exercise bench w/ weights , and rowing machine | | | | | |
| debtor amended schedule B to listed household items no listed on the pettion docket 99 filed 8/25/14 | | | | | |
| 9  CONTINGENT CLAIMS (u) | $465.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** 2010 IT  refund | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 11-06637-MCF | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | BALCELLS GALLARETA, JUAN CARLOS | Date Filed (f) or Converted (c): | 08/03/2011 (f) |
| For the Period Ending: | 03/31/2023 | §341(a) Meeting Date: | 09/06/2011 |
| | | Claims Bar Date: | 07/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| debtor amended schedule B and C to list this asset. docket 99 filed 8/25/14 | | | | | |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 10 | CONTINGENT CLAIMS | (u) | $558.00 | $0.00 | $0.00 | FA |
| Asset Notes: | 2011 IT refund / 7.05 months | | | | | |
| 11 | Contingent claims | (u) | $0.00 | $3,000.00 | $3,000.00 | FA |
| Asset Notes: | Adversary Proceeding no. 16-00209 against Banco Popular for violation of Automatic Stay.  Trustee settled this claim for $3000.00. - Noreen Wiscovitch 02/09/2018  STIPULATION FILED DOCKET 51  ORDER APPROVING STIPULATION DOCKET 54 | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| | $443,473.00 | $345,147.35 | $7,025.00 | $0.00 |

**Major Activities affecting case closing:**

| 03/25/2023 | Appeal was dismissed by the District Court. Trustee has abandoned bankruptcy Estate's interest in the realty. Trustee to review claims to TFR. NWR 3-25-2023 |
| 01/29/2023 | Appeal still pending. Determination on Motion to Dismiss filed by Debtor in appeal still pending. NWR 1-29-2023 |
| 10/11/2022 | Trustee's Motion requesting Permission to Pay Blanket Bond Premium DOCKET 264 filed 10/10/22 |
| 10/03/2022 | Motion to Dismiss filed by Debtor to the appeal. Response filed. Pending determination by the District Court. NWR 10-3-22 |
| 06/01/2022 | Appeal filed to the District Court on BK. Court decision on adversary. NWR 6-1-22. |
| 03/07/2022 | Court ruled not to allow the sale of the realty. Trustee has filed appeal of the decision. Court declined to hear objection to claim. This is necessary to determine distribution to other unsecured creditors. NWR 3-7-2022 |
| 12/11/2021 | Hearing for October 2021 was moved to December and then again is moved for Feb 9, 2021. New Appraisal on realty done. Adversary pending. NWR 12-11-2021 |
| 10/01/2021 | Hearing set for October 20, 2021 on Motion for Summary Judgment. NWR 10-1-2021 |
| 07/26/2021 | New Objection to DSO Claimant filed. Response filed. Court scheduled for hearing in October 2021. NWR 7-26-2021 |
| 03/11/2021 | Community association filed M4RS to pursue action against the Debtor and former spouse for payment of association dues. Adversary is still pending. NWR 3-11-2021 |
| 01/25/2021 | Court granted defendant in adversary until Feb. 10, 2021 to find new counsel due to Covid-19. NWR 1-25-21 |
| 11/30/2020 | Adv. Proceeding is still pending defendant has requested extension of time to find new counsel. NWR 11-30-20 |
| 08/29/2020 | Pretrial hearing has been moved to November 2020 in adversary to obtain authorization to sign for joint owner a deed of sale for the joint marital property. NWR 8-29-20 |
| 07/10/2020 | The pre-trial hearing has been moved to Sept. 2020 in adversary to sell realty. NWR 7-10-20 |

**FORM 1** Page No: 3
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 11-06637-MCF | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | BALCELLS GALLARETA, JUAN CARLOS | Date Filed (f) or Converted (c): | 08/03/2011 (f) |
| For the Period Ending: | 03/31/2023 | §341(a) Meeting Date: | 09/06/2011 |
| | | Claims Bar Date: | 07/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

02/19/2020 Defendant's Motion for summary judgment was denied. Pre-trial date set for May 2020. NWR 2-19-20
11/08/2019 Hearing on Motion for Summary Judgment set for Feb. 2020. NWR 11-8-19
09/04/2019 Pending Cross motions for Summary Judgment in adversary. NWR 9/4/19
03/05/2019 New appraisal done on property. Adversary to sell realty still pending. NWR 3-5-19
12/07/2018 Adversary is still pending. Counterclaim against Plaintiff was voluntarily dismissed in November 2018. NWR 12-7-18

Adversary continues to sell realty jointly owned with former spouse. Discovery is being conducted. - Noreen Wiscovitch 7/14/2018

Trustee attempting to settle adversary against former spouse for the sale of the realty. - Noreen Wiscovitch 04/15/2018

Trustee settled with Banco Popular for violation of Automatic Stay for $3,000.00. Funds have been received. Advesary against former spouse continues - Noreen Wiscovitch 03/21/2018

Adversary is still pending. Judge denied Motion for Summary Judgment. - Noreen Wiscovitch 1/26/2018

Both Adversaries pending including adversary for violation of Automatic Stay against Banco Popular. - Noreen Wiscovitch 07/10/2017

Motions for Summary Judgment on Adv. No. 14-00137 against Ex-spouse is pending for April 2017. Pending adversary against Bank for violation of Automatic Stay. - Noreen Wiscovitch 02/17/2017

Adversary against Ex-Spouse still pending Court denied Motion for Summary Judgment. Appeal may need to be taken. - Noreen Wiscovitch 08/29/2016

Adversary against Ex-Spouse continues in order to sell realty. - Noreen Wiscovitch 04/11/2016

Trustee continues to pursue adversary to sell realty. Offer from former spouse received. Still negotiating. May 20, 2015, 04:31 pm

Pending adversary against Debtor's former spouse to sell realty. January 21, 2015, 02:40 pm

Debtor paid for non-exempt portion of boat. Trustee filed suit to sell realty. June 26, 2014, 11:02 pm

Trustee to file 363(h) action to sell realty. Stipulation could not be filed. Trustee filed motion to compel turnover of equity of boat. April 23, 2014, 02:29 pm

Trustee hired new counsel and will enter into stipulation to sell to ex-spouse the Estate's Right, Title and interest in the Realty. February 12, 2014, 04:53 pm

Trustee continues to attempt to sell realty. April 22, 2013, 12:00 am

Trustee to continue to attempt to sell realty. October 31, 2012, 01:15 pm

Trustee to attempt to sell realty. April 28, 2012, 06:44 pm

This case was closed and later re-opened. November 09, 2011, 12:31 pm

[Noreen Wiscovitch 2015-07-02 05:00:00]

| Initial Projected Date Of Final Report (TFR): | 12/31/2013 | Current Projected Date Of Final Report (TFR): | 12/31/2023 | /s/ NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|
| | | | | NOREEN WISCOVITCH-RENTAS |