# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-06637-MCF | **Trustee Name:** Noreen Wiscovitch-Rentas |
| **Case Name:** | BALCELLS GALLARETA, JUAN CARLOS | **Bank Name:** Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***8494 | **Checking Acct #:** ******3701 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** DDA |
| **For Period Beginning:** | 8/3/2011 | **Blanket bond (per case limit):** $9,211,680.00 |
| **For Period Ending:** | 03/31/2023 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/27/2018 | | BANCO SANTANDER | Transfer Funds | 9999-000 | $6,675.00 | | $6,675.00 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $2.77 | $6,672.23 |
| 09/14/2018 | | Green Bank | Bank Service Fee | 2600-000 | | ($2.77) | $6,675.00 |
| 10/11/2018 | 5001 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $15.33 | $6,659.67 |
| 03/18/2019 | 5002 | Francisco  Otero Valentin | Application for Compensation docket 154 filed on 2/4/19 ORDER Granting Application for Compensation docket 155 entered 3/3/19 | 3711-000 | | $350.00 | $6,309.67 |
| 09/24/2019 | 5003 | INTERNATIONAL SURETIES LTD | Blanket Bond 2019-2020  ORDER approving payment of bond docket 176 | 2300-000 | | $14.87 | $6,294.80 |
| 09/22/2020 | 5004 | INTERNATIONAL SURETIES LTD | Blanket Bond Period 2020-2021 | 2300-000 | | $15.30 | $6,279.50 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.46 | $6,269.04 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.46 | $6,259.58 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.10 | $6,249.48 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.08 | $6,239.40 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.09 | $6,230.31 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.05 | $6,220.26 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.36 | $6,209.90 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.37 | $6,200.53 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.68 | $6,190.85 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.31 | $6,180.54 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.65 | $6,170.89 |
| 09/20/2021 | 5005 | Pedro  Navarro-Acevedo | Application for Compensation for Pedro Navarro-Acevedo. docket 241.  Order approving compensation docket 243 | 3711-000 | | $400.00 | $5,770.89 |
| 09/21/2021 | 5006 | INTERNATIONAL SURETIES LTD | Bond Payment ORDER approving payment of bond docket 246 | 2300-000 | | $15.87 | $5,755.02 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.63 | $5,745.39 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.56 | $5,735.83 |
| | | | **SUBTOTALS** | | $6,675.00 | $939.17 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-06637-MCF | |
| Case Name: | BALCELLS GALLARETA, JUAN CARLOS | |
| Primary Taxpayer ID #: | **-***8494 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 8/3/2011 | |
| For Period Ending: | 03/31/2023 | |

| | |
|---|---|
| Trustee Name: | Noreen Wiscovitch-Rentas |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******3701 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $9,211,680.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $8.95 | $5,726.88 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.24 | $5,717.64 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.22 | $5,708.42 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $8.32 | $5,700.10 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.19 | $5,690.91 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.18 | $5,681.73 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $8.87 | $5,672.86 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $8.85 | $5,664.01 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.14 | $5,654.87 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.12 | $5,645.75 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.40 | $5,636.35 |
| 10/13/2022 | 5007 | INTERNATIONAL SURETIES LTD | Blanket Bond 10-1-2022 to 10-1-2023 ORDER approving payment of bond docket 265 | 2300-000 | | $15.65 | $5,620.70 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $8.49 | $5,612.21 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $8.76 | $5,603.45 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.04 | $5,594.41 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.02 | $5,585.39 |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $8.14 | $5,577.25 |

| | | | | SUBTOTALS | $0.00 | $158.58 |
|---|---|---|---|---|---|---|

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-06637-MCF | |
| Case Name: | BALCELLS GALLARETA, JUAN CARLOS | |
| Primary Taxpayer ID #: | **-***8494 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 8/3/2011 | |
| For Period Ending: | 03/31/2023 | |

| | |
|---|---|
| Trustee Name: | Noreen Wiscovitch-Rentas |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******3701 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $9,211,680.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $6,675.00 | $1,097.75 | $5,577.25 |
| | | | **Less: Bank transfers/CDs** | | $6,675.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $1,097.75 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $1,097.75 | |

| **For the period of  8/3/2011 to 03/31/2023** | | **For the entire history of the account between 08/27/2018 to 03/31/2023** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,675.00 | Total Internal/Transfer Receipts: | $6,675.00 |
| | | | |
| Total Compensable Disbursements: | $1,097.75 | Total Compensable Disbursements: | $1,097.75 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $1,097.75 | Total Comp/Non Comp  Disbursements: | $1,097.75 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-06637-MCF | | Trustee Name: | Noreen Wiscovitch-Rentas |
| Case Name: | BALCELLS GALLARETA, JUAN CARLOS | | Bank Name: | BANCO SANTANDER |
| Primary Taxpayer ID #: | **-***8494 | | Checking Acct #: | ******7025 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | BANCO - MONEY MARKET ACCOUNT |
| For Period Beginning: | 8/3/2011 | | Blanket bond (per case limit): | $9,211,680.00 |
| For Period Ending: | 03/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/26/2014 | ( 5) | BARCELLS GALLARETA, JUAN C. | Non-exemption portion for on MAKO 1987 OUTBOARD 26' CTRCN MODEL 261, Debtor sold this Boat during Chapter 13. | 1129-000 | $4,025.00 | | $4,025.00 |
| 10/04/2016 | 3001 | CLERK OF THE COURT | FILING FEES Filing fees for Adversary Proceeding No. 16-00209 against Banco Popular for violation of Stay. Dkt. No. 136.  Approved Dkt. No. 138. | 2700-000 | | $350.00 | $3,675.00 |
| 02/09/2018 | ( 11) | BANCO POPULAR | CONTINGENT CLAIMS Stipulation on Adversary Proceeding no. 16-00209 dkt. no. 51. Approving dkt. no. 54. | 1249-000 | $3,000.00 | | $6,675.00 |
| 08/27/2018 | | Green Bank | Transfer Funds | 9999-000 | | $6,675.00 | $0.00 |

|  | | | TOTALS: | | $7,025.00 | $7,025.00 | $0.00 |
|  | | | Less: Bank transfers/CDs | | $0.00 | $6,675.00 | |
|  | | | Subtotal | | $7,025.00 | $350.00 | |
|  | | | Less: Payments to debtors | | $0.00 | $0.00 | |
|  | | | Net | | $7,025.00 | $350.00 | |

| **For the period of 8/3/2011 to 03/31/2023** | | **For the entire history of the account between 06/26/2014 to 03/31/2023** | |
|---|---|---|---|
| Total Compensable Receipts: | $7,025.00 | Total Compensable Receipts: | $7,025.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,025.00 | Total Comp/Non Comp Receipts: | $7,025.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $350.00 | Total Compensable Disbursements: | $350.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $350.00 | Total Comp/Non Comp Disbursements: | $350.00 |
| Total Internal/Transfer Disbursements: | $6,675.00 | Total Internal/Transfer Disbursements: | $6,675.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-06637-MCF | |
| Case Name: | BALCELLS GALLARETA, JUAN CARLOS | |
| Primary Taxpayer ID #: | **-***8494 | |
| Co-Debtor Taxpayer ID #: | | |
| | | |
| For Period Beginning: | 8/3/2011 | |
| For Period Ending: | 03/31/2023 | |

| | | |
|---|---|---|
| Trustee Name: | Noreen Wiscovitch-Rentas | |
| Bank Name: | BANCO SANTANDER | |
| Checking Acct #: | ******7025 | |
| Account Title: | BANCO - MONEY MARKET ACCOUNT | |
| Blanket bond (per case limit): | $9,211,680.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $7,025.00 | $1,447.75 | $5,577.25 |

| For the period of 8/3/2011 to 03/31/2023 | | For the entire history of the case between 08/03/2011 to 03/31/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,025.00 | Total Compensable Receipts: | $7,025.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,025.00 | Total Comp/Non Comp Receipts: | $7,025.00 |
| Total Internal/Transfer Receipts: | $6,675.00 | Total Internal/Transfer Receipts: | $6,675.00 |
| | | | |
| Total Compensable Disbursements: | $1,447.75 | Total Compensable Disbursements: | $1,447.75 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,447.75 | Total Comp/Non Comp Disbursements: | $1,447.75 |
| Total Internal/Transfer Disbursements: | $6,675.00 | Total Internal/Transfer Disbursements: | $6,675.00 |

/s/ NOREEN WISCOVITCH-RENTAS

NOREEN WISCOVITCH-RENTAS